1  Joseph A. Piasta II (SBN 72256)
   Margaret Mary Finn (SBN 80034)
2  LAW OFFICES OF JOSEPH A. PIASTA II
   2213 Mendocino Avenue
3  P.O. Box 3365
   Santa Rosa, CA 95402-3759
4  (707) 576-7850
   [Email: Joe@piastalaw.biz]
5
   William J. Kelly
6  Member of Bar of Ohio
   Dickinson Wright, PLLC
7  150 E. Gay Street
   Suite 2400
8  Columbus OH 43215
   WKelly@dickinsonwright.com
9
   J. Gregory Cahill (SBN 169631)
10 Dickinson Wright, PLLC
   1850 N. Central Avenue
11 Suite 1400
   Phoenix AZ 85004
12 [Email: GCahill@dickinsonwright.com]

13 Attorneys for Plaintiff Stratacache, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATACACHE, INC., | Case No. 5:15-CV-01433-RMW |
| Plaintiff, | STIPULATION TO EXTEND STAY OF ACTION PENDING MEDIATION |
| vs. | |
| SONY ELECTRONICS, INC., SONY'S PROFESSIONAL SOLUTIONS OF AMERICA, A DIVISION OF SONY ELECTRONICS, INC., AND DOES 1 - 100, Inclusive, | |
| Defendants. | |

**STIPULATION TO EXTEND STAY OF ACTION PENDING MEDIATION**

On May 18, 2015, the Court approved the Stipulation of plaintiff Stratacache, Inc. and defendant Sony Electronics, Inc. to stay these proceedings until July 1, 2015. This was for the express

purpose of allowing Mediation to proceed before the Honorable William L. Bettinelli, Retired, Judicial Arbitration and Mediation Services ["JAMS"] in San Francisco. The mediation was set for June 9, 2015, and both parties were ready for mediation as scheduled. However, on Monday, June 8, 2015, JAMS advised that Judge Bettinelli had an accident that weekend and was not physically able to conduct the mediation as scheduled.

The parties and Judge Bettinelli have agreed to continue the Mediation until July 7, 2015.

The parties request that the present stay be continued until and including July 17, 2015 to facilitate this mediation.

It is so stipulated.

June 29, 2015

_____
Joseph A. Piasta II
Attorney for Plaintiff
Stratacache, Inc.

June 29, 2015

_____
Michael J. Timpane
Salamirad, Morrow Timpane & Dunn, LLP

Öæ҉ʈ†܅



GRANTED
Ronald M. Whyte
Judge Ronald M. Whyte