1  Joseph A. Piasta II, Esq. (SBN. 72256)
   LAW OFFICES OF JOSEPH A. PIASTA II
2  2213 Mendocino Avenue
   P.O. Box 3365
3  Santa Rosa, CA 95402-3759
   (707) 576-7850
4
   William J. Kelly
5  Dickinson Wright PLLC
   150 East Gay Street Suite 2400
6  Columbus, Ohio 43215
   (614) 744-2937
7
   Attorneys for Plaintiff Stratacache, Inc.,
8

9

10                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
11

12 STRATACACHE,INC.,                **Case No. 5:15-cv-01433-RMW**

13
         Plaintiff,                 **[] ORDER TO CONTINUE
14                                  CASE MANAGEMENT CONFERENCEIVE**

15 vs.

16 SONY ELECTRONICS, INC.,
   SONY'S PROFESSIONAL SOLUTIONS OF
17 AMERICA,   A   DIVISION   OF   SONY
   ELECTRONICS, INC., TURNER/DEVCON
18 JOINT VENTURE, FORTY NINERS
   SC STADIUM COMPANY LLC AND DOES 1
19 - 100,
20 Inclusive,

21       Defendants.
   _____/
22

23

24                            **ORDER**

25

26        Pursuant to the stipulation of the parties, and in light of the tentative Mediation

27 Settlement reached on July 7, 2015, and for good cause shown, the Court continues the Case

28

                                     1

1   Management Conference from 1:30 P.M., July 14, 2015 until _____.

2    The Court directs Plaintiff's counsel to file the dismissal with prejudice of the litigation once the

3   written settlement agreement is executed.

4

5

6

7                                                _____
                                             THE HONORABLE RONALD M. WHYTE
                                             United States District Judge

2